BROADHEAD, Respondent, v. LYON, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Elizabeth Kyle Broadhead against Morris Lyon. No opinion. Motion granted, with $10. costs.

BRONOLD, Appellant, v. THEUER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Otto Bronold against Maggie Theuer.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied. Held, that the action is one in equity.

SPRING, J., dissents.

BROWN, Appellant, v. MATTHEWS, Respondent. (Supreme Court, Appellate-Division, Third Department. March 6, 1912.) Action by Thomas Brown against Elizabeth Matthews. No opinion. Reargument ordered.

BUGBEE v. OVERSTREET. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Dana J. Bugbee against William I. Overstreet. No opinion. Motion for reargument (132 N. Y. Supp. 1123) denied, with $10 costs. Order filed. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1106; infra.

BUGBEE v. OVERSTREET. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Dana J. Bugbee against William I. Overstreet. No opinion. Motion granted. See memorandum. Settle order on notice. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1106; 132 N. Y. Supp. 1123; supra.

BUGBEE v. OVERSTREET. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Dana J. Bugbee against William I. Overstreet. No opinion. Motion granted, so far as to stay proceedings for 30 days to enable appellant to apply to a judge of the Court of Appeals for leave to appeal. Settle order on notice. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1106; 132 N. Y. Supp. 1123; supra.

BURKE, Appellant, v. REIHLMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Timothy E. Burke against Louis Reihlman. No opinion. Judgment and order affirmed, with costs.

BURNS, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Esther O. Burns, as administratrix, etc., of Benjamin R. Burns, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

BUTNORS, Respondent, v. NATIONAL SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Alex Butnors against the National Sugar Refining Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 136 App. Div. 893, 120 N. Y. Supp. 1116.

CADY, Appellant, v. LEWIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Frank E. Cady against Danforth R. Lewis and another. No opinion. Judgment affirmed, with costs.

CALHOUN, Appellant, v. COMMONWEALTH TRUST CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by John C. Calhoun against the Commonwealth Trust Company of New York. G. D. Lamb, for appellant. D. Cady Herrick, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 124 App. Div. 633, 109 N. Y. Supp. 77; 124 App. Div. 937, 109 N. Y. Supp. 1125.

CALLAHAN, Appellant, v. GREIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John Callahan against Andrew Greis and another.

PER CURIAM. Judgment dismissing plaintiff's complaint reversed, on the ground that the questions of defendants' negligence and plaintiff's freedom from contributory negligence were questions of fact proper to be submitted to the jury; and upon the stipulation of the parties the verdict of the jury in favor of the plaintiff is reinstated, and judgment for plaintiff directed thereon, with costs to plaintiff appellant, both at the Trial Term and in this court.

CAMERON, Appellant, v. SPERRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Caleb W. Cameron against James A. Sperry and others.

PER CURIAM. We think the complaint states a cause of action. The judgment dismissing it is therefore reversed, and a new trial granted; costs to abide the event.

CAMPBELL, Appellant, v. BLACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Elizabeth J. Campbell against Louis Black.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the complaint states but one cause of action. Order amended 131 N. Y. Supp. 1107.

ROBSON, J., dissents. McLENNAN, P. J., not sitting.